**Opinion issued November 27, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00575-CV

————————————

**BIG CITY CARS SALES, L.L.C. AND MUKESH MANSUKHANI, Appellants**

**V.**

**VEROS CREDIT, L.L.C., Appellee**

---

**On Appeal from the County Court at Law No. 3 and Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI57283**

---

## MEMORANDUM OPINION

Appellants, Big City Cars Sales, L.L.C. and Mukesh Mansukhani, have filed an unopposed motion to dismiss their appeal because they have previously filed a notice that they had settled the case. *See* TEX. R. APP. P. 42.1(a)(1). Appellants further request that all costs be assessed against the party incurring the same. *See*

TEX. R. APP. P. 42.1(d).  No other party has filed a notice of appeal and no opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion, dismiss the appeal, and direct the Clerk of this Court that costs are to be taxed against the party who incurred the same.  *See* TEX. R. APP. P. 42.1(a)(1), (d).

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.